UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leonard Hollingsworth,                                    Civil 11-955 DSD/FLN

    Plaintiff,

v.                                                                    O R D E R

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 18, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 17) **is GRANTED in part and DENIED in part**;

2. Defendant's Motion for Summary Judgment (Doc. No. 27 ) **is DENIED**;

3. The Commissioner's decision is **REVERSED** and the case is **REMANDED**, pursuant to sentence four of 42 U.S.C. §405(g), for further administrative proceedings consistent with the Report and Recommendation of Magistrate Judge Noel dated May 18, 2012.

Dated:  June 11, 2012

                                                                 s/David S. Doty
                                                                 David S. Doty, Judge
                                                                 United States District Court